## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN SHULMAN, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-04121-JXN-CLW |
| Plaintiff, | |
| v. | **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF CRAIG WIGAND FOR APPOINTMENT AS LEAD** |
| BRADLEY WESTON and TODD VOGENSEN, | **PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| Defendants. | |

## TABLE OF AUTHORITIES

Statutes                                                                                    Page(s)

15 U.S.C. § 78u-4(a)(3)(B)(iii)(I) ...................................................................................................1
15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) ..................................................................................................1

i

Proposed Lead Plaintiff Craig Wigand respectfully submits this reply memorandum of law in further support of his unopposed motion for appointment as Lead Plaintiff and approval of selection of counsel (ECF No. 9).[1]

Competing motions seeking appointment as Lead Plaintiff were filed by John Butler, Michael Svaleson, and Joel Moreno ("Competing Motions"). *See* ECF Nos. 8, 10, and 11. Thereafter, each movant who filed a Competing Motion filed a notice of non-opposition to Mr. Wigand's Motion. *See* ECF Nos. 12, 13, and 14. Accordingly, Mr. Wigand's Motion is unopposed.

As set forth in his opening motion papers and response,[2] Mr. Wigand easily satisfies the requirements for appointment as Lead Plaintiff under the PSLRA, as he has the largest financial interest among all movants, his claims are typical, and he will fairly and adequately protect the interests of the class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Mr. Wigand has a substantial financial interest because he suffered losses of approximately $425,629 under a LIFO and FIFO analysis in connection with his Class Period transactions in Party City securities. *See* ECF No. 9-1 at 8. Moreover, Mr. Wigand is "committed to overseeing and directing his counsel, Berger Montague, in this litigation" and "is committed to maximizing the recovery for the Class of investors he represents." *See* ECF No. 9-1 at 10.

Finally, no movant has challenged any aspect of Mr. Wigand's Motion or his entitlement to appointment – let alone presenting the "proof" necessary to rebut his presumptive status as the most adequate plaintiff under the PSLRA. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (requiring "proof" to rebut presumption). Accordingly, it is undisputed that Mr. Wigand is the most adequate

---

[1] Unless otherwise indicated, all capitalized terms are defined in Mr. Wigand's Motion and accompanying Memorandum of Law, *see* ECF Nos. 9 and 9-1, and all internal citations are omitted.

[2] *See* ECF Nos. 9-1, 15.

plaintiff.

Mr. Wigand thus respectfully requests that the Court appoint him as Lead Plaintiff and approve his selection of Berger Montague PC as Lead Counsel for the class.

Dated: October 30, 2023                          Respectfully submitted,

                                                  /s/ Michael Dell'Angelo
                                                 Michael Dell'Angelo
                                                 Andrew Abramowitz
                                                 James Maro
                                                 **BERGER MONTAGUE PC**
                                                 1818 Market Street, Suite 3600
                                                 Philadelphia, PA 19103
                                                 Tel: (215) 875-3000
                                                 Email: mdellangelo@bm.net
                                                        aabramowitz@bm.net
                                                        jmaro@bm.net

                                                 *Attorneys for Lead Plaintiff Movant*
                                                 *Craig Wigand and Proposed*
                                                 *Lead Counsel for the Class*

                                                 Joshua H. Grabar, Esq. (*Pro Hac Vice*)
                                                 **GRABAR LAW OFFICE**
                                                 One Liberty Place
                                                 1650 Market Street, Suite 3600
                                                 Philadelphia, PA 19103
                                                 Tel: (267) 507-6085
                                                 Email: jgrabar@grabarlaw.com

                                                 *Additional Counsel for Lead Plaintiff Movant*
                                                 *Craig Wigand*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Michael Dell'Angelo
Michael Dell'Angelo