Andrew J. Levander (*pro hac vice*)
Neil A. Steiner (*pro hac vice*)
David A. Kotler
Angela M. Liu (*pro hac vice*)
Carla G. Graff
Stormie B. Mauck (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Sixth Avenue
New York, NY 10036
Tel: (212) 698-3500
andrew.levander@dechert.com
neil.steiner@dechert.com
david.kotler@dechert.com
angela.liu@dechert.com
carla.graff@dechert.com
stormie.mauck@dechert.com

*Attorneys for Defendants Bradley M.
Weston and Todd E. Vogensen*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN SHULMAN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>BRADLEY M. WESTON and TODD E. VOGENSEN,<br><br>    *Defendants*. | Civil Action No.: 2:23-cv-04121-JXN-CLW<br><br><br>**Motion Day: November 4, 2024**<br><br><br>**DECLARATION OF CARLA G. GRAFF IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

I, **CARLA G. GRAFF**, under penalty of perjury, declare as follows:

1.      I am an attorney licensed to practice law in the State of New Jersey and admitted to practice before this Court.

2.      I am an attorney at the law firm Dechert LLP and counsel for Defendants Bradley M. Weston and Todd E. Vogensen.

3.       I am fully familiar with the facts stated herein and submit this Declaration in support of Defendants' Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Class Action Complaint.

4.      Attached hereto as Exhibit 17 is a true and correct copy of Party City's Q3 2022 Form 10-Q Quarterly Report excerpts, filed with the Securities and Exchange Commission ("SEC") on November 8, 2022.


Dated:  October 30, 2024                     Respectfully submitted,

                                            */s/ Carla G. Graff*
                                            Carla G. Graff
                                            DECHERT LLP
                                            Cira Centre, 2929 Arch Street
                                            Philadelphia, PA 19104
                                            Tel: (215) 994-513
                                            carla.graff@dechert.com

                                            *Attorney for Defendants Bradley M.*
                                            *Weston and Todd E. Vogensen*


2