# EXHIBIT 17

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## Form 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2022**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission file number 001-37344**

# Party City Holdco Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

| **Delaware** | **46-0539758** |
|---|---|
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |
| **100 Tice Blvd. Woodcliff Lake, NJ** | **07677** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code:**
**(914) 345-2020**

**80 Grasslands Road Elmsford, NY**
**(Address of Former Principal Executive Offices)**

Securities registered pursuant to Section 12(b) of the Securities Exchange Act of 1934:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, Par Value: $0.01/share** | **PRTY** | **New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

As of October 13, 2022, 113,316,286 shares of the Registrant's common stock were outstanding.

**PARTY CITY HOLDCO INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**

| | September 30, 2022 | | December 31, 2021 | | September 30, 2021 | |
|---|---|---|---|---|---|---|
| | (Unaudited) | | | | (Unaudited) | |
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ | 29,810 | $ | 47,914 | $ | 60,740 |
| Accounts receivable, net | | 106,052 | | 93,301 | | 100,946 |
| Inventories, net | | 745,697 | | 443,295 | | 520,046 |
| Prepaid expenses and other current assets | | 59,248 | | 57,656 | | 85,004 |
| Income tax receivable | | 1,109 | | 56,317 | | 56,361 |
| Total current assets | | 941,916 | | 698,483 | | 823,097 |
| Property, plant and equipment, net | | 251,318 | | 221,870 | | 213,959 |
| Operating lease asset | | 713,434 | | 693,875 | | 700,668 |
| Goodwill | | 530,643 | | 664,296 | | 662,163 |
| Trade names | | 383,749 | | 383,737 | | 383,733 |
| Other intangible assets, net | | 19,524 | | 23,687 | | 25,821 |
| Other assets, net | | 28,664 | | 25,952 | | 27,385 |
| Total assets | $ | 2,869,248 | $ | 2,711,900 | $ | 2,836,826 |
| **LIABILITIES AND STOCKHOLDERS' (DEFICIT) EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Loans and notes payable | $ | 442,855 | $ | 84,181 | $ | 187,084 |
| Accounts payable | | 208,416 | | 161,736 | | 167,445 |
| Accrued expenses | | 175,275 | | 195,531 | | 178,155 |
| Current portion of operating lease liability | | 100,274 | | 116,437 | | 131,653 |
| Income taxes payable | | 1,006 | | 10,801 | | — |
| Current portion of long-term obligations | | 23,388 | | 1,373 | | 1,297 |
| Total current liabilities | | 951,214 | | 570,059 | | 665,634 |
| Long-term obligations, excluding current portion | | 1,318,185 | | 1,351,189 | | 1,350,886 |
| Long-term portion of operating lease liability | | 699,933 | | 655,875 | | 639,560 |
| Deferred income tax liabilities, net | | 31,486 | | 29,195 | | 43,537 |
| Other long-term liabilities | | 22,142 | | 22,868 | | 34,718 |
| Total liabilities | | 3,022,960 | | 2,629,186 | | 2,734,335 |
| Commitments and contingencies | | | | | | |
| Stockholders' equity: | | | | | | |
| Common stock (113,316,286, 112,170,944 and 112,194,330 shares outstanding and 126,050,880, 124,157,500 and 123,816,514 shares issued at September 30, 2022, December 31, 2021, and September 30, 2021, respectively) | | 1,384 | | 1,384 | | 1,384 |
| Additional paid-in capital | | 988,197 | | 982,307 | | 980,399 |
| Accumulated deficit | | (809,693) | | (571,985) | | (552,445) |
| Accumulated other comprehensive income | | 790 | | 3,541 | | 3,128 |
| Total Party City Holdco Inc. stockholders' equity before common stock held in treasury | | 180,678 | | 415,247 | | 432,466 |
| Less: Common stock held in treasury, at cost (12,734,594, 11,986,556 and 11,622,184 shares at September 30, 2022, December 31, 2021, and September 30, 2021, respectively) | | (334,390) | | (332,533) | | (329,975) |
| Total Party City Holdco Inc. stockholders' (deficit) equity | | (153,712) | | 82,714 | | 102,491 |
| Total stockholders' (deficit) equity | | (153,712) | | 82,714 | | 102,491 |
| Total liabilities and stockholders' (deficit) equity | $ | 2,869,248 | $ | 2,711,900 | $ | 2,836,826 |

See accompanying notes to unaudited condensed consolidated financial statements.

3

**PARTY CITY HOLDCO INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)**
**(Unaudited)**
**(In thousands, except share and per share data)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Net sales | $ 502,191 | $ 510,199 | $ 1,462,616 | $ 1,472,752 |
| Cost of sales | 343,743 | 326,501 | 988,188 | 919,596 |
| Gross profit | 158,448 | 183,698 | 474,428 | 553,156 |
| Selling, general and administrative expenses** | 178,976 | 163,644 | 504,342 | 468,001 |
| Loss on disposal of assets in international operations | — | — | — | 3,211 |
| Goodwill impairment | 133,000 | — | 133,000 | — |
| (Loss) Income from operations | (153,528) | 20,054 | (162,914) | 81,944 |
| Interest expense, net | 26,926 | 23,899 | 74,505 | 64,229 |
| Other (income), net | (2,333) | (1,444) | (4,336) | (2,317) |
| (Loss) income before income taxes | (178,121) | (2,401) | (233,083) | 20,032 |
| Income tax expense | 194,871 | 388 | 4,625 | 7,128 |
| Net (loss) income | (372,992) | (2,789) | (237,708) | 12,904 |
| Less: Net income attributable to noncontrolling interests | — | — | — | (54) |
| Net (loss) income attributable to common shareholders of Party City Holdco Inc. | $ (372,992) | $ (2,789) | $ (237,708) | $ 12,958 |
| Net (loss) income per share attributable to common shareholders of Party City Holdco Inc. – Basic | $ (3.29) | $ (0.02) | $ (2.11) | $ 0.12 |
| Net (loss) income per share attributable to common shareholders of Party City Holdco Inc. – Diluted | $ (3.29) | $ (0.02) | $ (2.11) | $ 0.11 |
| Weighted-average number of common shares – Basic | 113,214,670 | 112,037,224 | 112,751,523 | 111,431,623 |
| Weighted-average number of common shares – Diluted | 113,214,670 | 112,037,224 | 112,751,523 | 115,822,121 |
| Dividends declared per share | $ — | $ — | $ — | $ — |
| Comprehensive (loss) income | $ (375,343) | $ (5,753) | $ (240,453) | $ 45,989 |
| Less: Comprehensive (loss) attributable to noncontrolling interests | — | (24) | — | (54) |
| Comprehensive (loss) income attributable to common shareholders of Party City Holdco Inc. | $ (375,343) | $ (5,729) | $ (240,453) | $ 46,043 |

** Consists of wholesale selling expenses, retail operating expenses, art and development costs and general and administrative expenses, which were reported separately in the prior year. 2022 amounts include long-lived asset impairment charges.

See accompanying notes to unaudited condensed consolidated financial statements.

4

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Quarterly Report on Form 10-Q to be signed on its behalf by the undersigned thereunto duly authorized.

PARTY CITY HOLDCO INC.

By:  /s/ Todd Vogensen

Todd Vogensen
Chief Financial & Accounting Officer
(Principal Financial & Accounting Officer)

Date: November 8, 2022

40

Exhibit 31.1

CERTIFICATION OF THE CHIEF EXECUTIVE OFFICER
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Brad Weston, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Party City Holdco Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 8, 2022

/s/ Brad Weston
Brad Weston
Chief Executive Officer
(Principal Executive Officer)

Exhibit 31.2

CERTIFICATION OF THE CHIEF FINANCIAL OFFICER
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Todd Vogensen, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Party City Holdco Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 8, 2022

/s/ Todd Vogensen
Todd Vogensen
Chief Financial Officer
(Principal Financial Officer)

Exhibit 32.1

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO

SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Quarterly Report of Party City Holdco Inc. (the "Company") on Form 10-Q for the quarter ended September 30, 2022, as filed with the Securities and Exchange Commission (the "Report"), I, Brad Weston, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)   the Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Brad Weston
Brad Weston
Chief Executive Officer
(Principal Executive Officer)

Date: November 8, 2022

Exhibit 32.2

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO

SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Quarterly Report of Party City Holdco Inc. (the "Company") on Form 10-Q for the quarter ended September 30, 2022, as filed with the Securities and Exchange Commission (the "Report"), I, Todd Vogensen, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)   the Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd Vogensen
Todd Vogensen
Chief Financial Officer
(Principal Financial Officer)

Date: November 8, 2022