**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RYAN SHULMAN, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-04121-JXN-CLW |
| *Plaintiff,* | CLASS ACTION |
| v. | |
| BRADLEY M. WESTON and TODD E. VOGENSEN, | JURY TRIAL DEMANDED |
| *Defendants.* | |

**ORDER PARTIALLY LIFTING DISCOVERY STAY**

WHEREAS, on February 21, 2025, Plaintiff sought an Order partially lifting the discovery stay in effect in this case under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B), to permit issuance of document preservation requests or a document preservation subpoena to non-party Party City Holdco Inc.  Plaintiff represents that Defendants take no position on this application.  For the reasons articulated in Plaintiff's letter brief, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's request is **GRANTED**. The discovery stay is lifted in part for the limited purpose of allowing Plaintiff to issue document preservation requests or a document preservation subpoena to non-party Party City Holdco Inc.  The discovery stay shall remain in place in all other respects.

SO ORDERED this 24th day of February, 2025.

s/Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.