UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN SHULMAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY M. WESTON *and* TODD E. VOGENSEN,<br><br>Defendants. | Civil Action No. 23-04121 (JXN)(CF)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court upon Defendants Bradley M. Weston and Todd E. Vogenson's ("Defendants") motion to dismiss the amended class action complaint pursuant to Federal Rules of Civil Procedure[1] 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, *et seq*. (ECF No. 33.) Plaintiff Ryan Shulman ("Plaintiff") opposed (ECF No. 35), and Defendants replied (ECF No. 42). The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 29th day of December 2025

**ORDERED** that Defendants' motion to dismiss (ECF No. 33) is **DENIED**.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

---

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.